UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:25-cv-01787-JLS-AGR						Date:  August 28, 2025
Title:  Dominick Leon v. Loan Depot LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present								Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH LOCAL RULE 11-3.8**

     Pursuant to Local Rule 11-3.8, "the first page of all documents[,]" shall contain the "California bar number . . . of the attorney . . . presenting the document[.]"  C.D. Cal. L.R. 11-3.8.  This Court's Procedures Page gives additional notice that "Local Rule 11-3 governs the format of documents presented to the Court[.]"  (Procedures Page § 7 (as incorporated by the Standing Order, Doc. 7 at 2).)  Plaintiff's Counsel, Alexander J. Taylor, has nevertheless failed to include his California bar number on the first page of any document filed with the Court in this action.  (*See* Doc. 1; Doc. 13; Doc. 20; Doc. 25; Doc. 26.)

     The Court therefore ORDERS Plaintiff's Counsel to submit a Notice of Appearance by **September 5, 2025, at 5:00 p.m.**, including counsel's California bar number.  Failure to timely respond will result in sanctions.

                                                       Initials of Preparer:  kd