Alexander J. Taylor, Esq.
CA Bar Number: 332334
**SULAIMAN LAW GROUP, LTD.**
2500 S. Highland Ave
Suite 200
Lombard, IL 60148
(630) 575-8181
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMINICK LEON, individually, and behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>LOAN DEPOT LLC<br>Defendant. | Case No. 2:25-cv-01787-JLS-AGR<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that DOMINICK LEON ("Plaintiff") and LOAN DEPOT LLC ("Defendant") have reached a settlement. The Parties will need 45 days to consummate the settlement and respectfully request that the Court stay all proceedings and strike all pending deadlines.

Dated: October 17, 2025

Respectfully submitted,

**DOMINICK LEON**

By:*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
CA Bar Number: 332334
Atlas Consumer Law
2500 S. Highland Avenue,
Suite 200
Lombard, Illinois 60148
Telephone: 331-272-1942
Email: ataylor@sulaimanlaw.com

# CERTIFICATE OF SERVICE

I, Alexander J. Taylor, an attorney, certify that on October 17, 2025, I caused the foregoing **NOTICE OF SETTLEMENT** to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

*/s/ Alexander J. Taylor*